No. 95–6256.  WILLIAMS v. VAUGHN, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 95–6259.  GERWIG v. CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 95–6260.  DIAZ v. CARPENTER ET AL.  Ct. App. Ind.  Certiorari denied.

No. 95–6262.  OLTARZEWSKI v. MARTINEZ, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–6265.  CONBOY v. T. ROWE PRICE.  C. A. 4th Cir.  Certiorari denied.

No. 95–6267.  VEGA v. DALEY.  Sup. Ct. Fla.  Certiorari denied.

No. 95–6268.  CHIA v. MOTOROLA COMMUNICATIONS, INC.  C. A. 9th Cir.  Certiorari denied.

No. 95–6271.  GRUBB v. FRYE, SHERIFF, ET AL.  C. A. 4th Cir. Certiorari denied.

No. 95–6282.  CHOUDHARY v. VERMONT DEPARTMENT OF PUBLIC SERVICE ET AL.  Sup. Ct. Vt.  Certiorari denied.

No. 95–6284.  SCAIFE v. JACKSON ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95–6292.  HARPER v. SUTTON, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–6302.  WUNDERLICH v. GENESEE COUNTY, MICHIGAN.  C. A. 6th Cir.  Certiorari denied.

No. 95–6318.  SEALS v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–6327.  CSORBA v. VARO, INC.  C. A. 5th Cir.  Certiorari denied.

No. 95–6342.  ROBERSON v. HENSON.  C. A. 4th Cir.  Certiorari denied.